■ KENNETH S. COHEN, Respondent, v AMY J. COHEN, Appellant. [879 NYS2d 747]—Appeal from an order of the Supreme Court, Erie County (Paula L. Feroleto, J.), entered March 31, 2008. The order, among other things, determined plaintiff's child support obligation and share of the education costs for the parties' daughter.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Green and Pine, JJ.

■ ALLYSON N. DANIELLO, Appellant, v JUSTIN J. POWELL et al., Respondents. [879 NYS2d 747]—Appeal from an order of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered May 6, 2008 in a personal injury action. The order granted the motion of defendants for summary judgment and dismissed the complaint.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on April 6, 2009,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Green, Pine and Gorski, JJ.

■ MARK REAGAN, Appellant, v VILLAGE OF NORTH SYRACUSE et al., Respondents. [879 NYS2d 748]—Appeal from a judgment of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered February 8, 2008 in a breach of contract action. The judgment dismissed the complaint after a nonjury trial.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Peradotto, J.P., Green, Pine and Gorski, JJ.